SEAN P. FLYNN  (SBN: 15408)
**GORDON REES SCULLY MANSUKHANI, LLP**
1 Liberty Street, Suite 494
Reno, NV 89501
Telephone:  (702) 577-9317
Email:  sflynn@grsm.com

Attorneys For:  Defendant,
I.Q. Data International, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYANNA GARCIA,<br><br>                              Plaintiff,<br><br>        vs.<br><br>I.Q. DATA INTERNATIONAL, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company,<br><br>                              Defendants. | CASE NO.   2:22-cv-00722-GMN-EJY<br><br>**DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAE** |

Defendant I.Q. Data International, Inc. ("IQD"), by and through its attorneys of Gordon Rees Scully Mansukhani, LLP, respectfully moves for an unopposed extension of time to file its answer or otherwise responsive pleading to Plaintiff's Complaint. In support, IQD states as follows:

1.      On May 5, 2022, Plaintiff filed a Complaint against IQD (alongside Trans Union LLC), generally alleging that IQD violated the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* ("FCRA").

2.      On May 9, 2022, IQD was served with Plaintiff's Complaint, making its responsive pleading deadline May 31, 2022.

3.      IQD recently retained the undersigned counsel, who is in the process of

Gordon Rees Scully Mansukhani, LLP<br>1 East Liberty Street, Suite 424<br>Reno, NV 89501

investigating the allegations set forth in Plaintiff's Complaint and preparing its response.

4.     On May 31, 2022, Defense Counsel for IQD contacted counsel for Plaintiff, who subsequently agreed to provide IQD with an extension of time through and including July 18, 2022 in which to respond to the Complaint.

5.     IQD expects this extension in which to respond to the Complaint will be sufficient to fully address the issues raised in Plaintiff's Complaint and to discuss possible early resolution of the case.

6.     This motion is not brought to unduly delay these proceedings or to harass any party to this case.

WHEREFORE, IQD respectfully requests this Honorable Court grant it an extension of time, up to and including July 18, 2022, to file its responsive pleading to Plaintiff's Complaint, in the absence of any opposition and because good cause exists.

Dated: June 30, 2022

GORDON REES SCULLY
MANSUKHANI, LLP

By:   *s/Sean P. Flynn*
Sean P. Flynn (SBN: 15408)
Attorneys for Defendant
I.Q. DATA INTERNATIONAL, INC.

IT IS SO ORDERED:

This unopposed motion of Defendant, I.Q. Data International, Inc., for an extension of time, up to and including July 18, 2022, to file its answer or responsive pleading, is hereby GRANTED.

UNITED STATES MAGISTRATE JUDGE

Dated: June 30th, 2022

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV  89501

1273547/68574481v.3

-2-