Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYANNA GARCIA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:22-cv-00722-GMN-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT IQ DATA INTERNATIONAL, INC. WITH PREJUDICE** |

Plaintiff, Bryanna Garcia ("Plaintiff") and Defendant, IQ Data International, Inc. ("IQD") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to IQD, with Plaintiff and IQD bearing their own attorneys' fees and costs incurred in this action.

///

///

///

///

///

///

Dated: December 29, 2022

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: December 29, 2022

**GORDON REES SCULLY
MANSUKHANI, LLP**

*/s/ Sean P. Flynn*
Sean P. Flynn, Esq.
Nevada Bar No. 15408
1 E. Liberty Street, Suite 424
Reno, NV 89501
sflynn@grsm.com
***Attorney for Defendant IQ Data
International, Inc.***

## ORDER

Based on the parties' stipulation, (ECF No. 16), and good cause appearing, **IT IS HEREBY ORDERED** that the claims against Defendant IQ DATA INTERNATIONAL, INC. are **DISMISSED** with prejudice, each side to bear its own fees and costs.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __29__ day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT